# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| STINGRAY IP SOLUTIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00045-JRG |
| | § | |
| TP-LINK TECHNOLOGIES CO., LTD., TP-LINK CORPORATION LIMITED, TP-LINK INTERNATIONAL LTD., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Expedited Jurisdictional and Venue Discovery and to Extend Time to Respond to Defendants' Motion to Dismiss and Motion to Transfer (the "Motion") filed by Plaintiff Stingray IP Solutions, LLC ("Stingray"). (Dkt. No. 35.) In the Motion, the parties represent that they have negotiated a discovery period to conduct jurisdictional and venue discovery related to Defendants' Motion to Dismiss (Dkt. No. 23) and Defendants' Motion to Transfer (Dkt. No. 28). (*Id*. at 1.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the parties may conduct jurisdictional and venue discovery subject to the agreements set forth in the Motion. (Dkt. No. 35 at 4-6.) It is **ORDERED** that the jurisdictional and venue discovery shall be completed within seventy-five (75) days of this Order and the deadline for Stingray's response to both Defendants' Motion to Dismiss (Dkt. No. 23) and Defendants' Motion to Transfer (Dkt. No. 28) is **extended** to a date that is fourteen (14) days after the completion of the seventy-five (75) day discovery period.

**So ORDERED and SIGNED this 25th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE